# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PHAKDY T. K., | Case No. 26-CV-714 (NEB/EMB) |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States, TODD M. LYONS, Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; and DAVID EASTERWOOD, Acting Director of St. Paul Field Office of U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than January 31, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than February 3, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 27, 2026  
Time: 4:45 p.m.

BY THE COURT:  
s/Nancy E. Brasel  
Nancy E. Brasel  
United States District Judge